FARMERS MUTUAL FIRE INSURANCE COMPANY v.
HOKE, INC.

May 2, 1983.

Petition for certification denied.

ST. PAUL INSURANCE CO. v. THREE H CORPORATION.

May 2, 1983.

Petition for certification denied.

FAIRLAWN SHOPPER, INC. v. DIRECTOR,
DIVISION OF TAXATION.

May 2, 1983.

Petition for certification granted.